# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAVID LEE WELLS, JR.**                                                        **PLAINTIFF**

VS.                           No. 4:21-cv-01193 PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
    **Social Security Administration**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1